Sat.
Mar. 10, 2018
8:30
Rm 715

2897216   #101

FILED

# JIM LARIA, CLERK
# AKRON MUNICIPAL COURT
# SMALL CLAIMS FORM

2018 JAN 31 AM 11:28

AKRON MUNICIPAL COURT
JIM LARIA
CLERK

18CV-00923

**PLAINTIFF(S)**

NAME: William Hardman
ADDRESS: 3218 Lake Rd
Akron OH 44312
PHONE: 330 608-2780

**DEFENDANT(S)**

NAME: US Postal Service
ADDRESS: 475 L'Enfant Plaza, SW
Washington DC
PHONE: 20260-4641

NAME: Atty: S. Fohson

**STATEMENT OF THE CLAIM:** (In 50 words or less, please explain who you are suing, what the person(s) did or did not do that makes you feel you are owed money, when the incident(s) took place, exactly where the incident(s) took place, and how much you feel the person(s) or others owe you.)

Mailed Package 9/5/17 Ins. for a value of 2900⁰⁰ Package was lost US Postal Service denied payment of ins. value. Total Claim 2900⁰⁰ Ins. Value
23.75 Over Nite Fee
37.90 Ins. for Package
101⁰⁰ Filing Fee Court
50⁰⁰ Time off work for filing
3112.60 Total Claim

Have you ever filed a suit related to the above incident(s) or named defendant(s)?
YES/NO  NO   If YES, when and in what court was the suit filed?

_____
PLAINTIFF'S SIGNATURE
William W. Hardman

_____
PLAINTIFF'S SIGNATURE

THE STATE OF OHIO, SUMMIT COUNTY, SS

WILLIAM HARDMAN
2218 LAKE RD
AKRON, OHIO 44312
330-608-2780

FILED
2018 JAN 31 AM 11:28
AKRON MUNICIPAL COURT
JIM LARIA
CLERK

AKRON MUNICIPAL COURT
217 SOUTH HIGH STREET
AKRON, OHIO 44308

VS

US POSTAL SERVICE
475 L'ENFANT PLAZA S W
WASHINGTON, DC 20260-4541
ATTN: S FOLSON

CASE NO 18CV-00923

FILING DATE 01-31-2018

SMALL CLAIMS DIVISION
STATEMENT OF CLAIM

TO THE FOLLOWING NAMED DEFENDANT: US POSTAL SERVICE

PLAINTIFF ALLEGES: That the defendant is indebted to plaintiff in the sum of $3,112.60 plus costs by reason of the following:
MAILED PACKAGE SEPT 5, 2017, IT WAS FOR A VALUE OF $2,900.00.
PACKAGE WAS LOST, POSTAL SERVICE DENIED PAYMENT OF INSURANCE.
TOTAL VALUE OF CLAIM IS $3,112.60.
WHEREFORE, PLAINTIFF PRAYS JUDGMENT FOR $3,112.60, PLUS INTEREST ACCORDING TO LAW, PLUS THE COST OF THIS ACTION.

TO THE CLERK: Please take notice I hereby file a claim against the above defendant(s) and request you to summons them to appear in court to answer same.

AFFIDAVIT OF COMPLAINANT'S CLAIM

WILLIAM HARDMAN , being first duly sworn on oath, states that they are the plaintiff in the above entitled cause, that the said cause is payment of money, that the nature of plaintiff's demand is as stated, and that there is due to the plaintiff from the defendant the amount stated above; and the defendant is not now in the military or naval service of the United States.

Subscribed and sworn to before me this 31ST of JANUARY , 2018

_____          _____
Plaintiff                         Deputy Clerk

THE STATE OF OHIO, SUMMIT COUNTY, SS

HARRMAN, WILLIAM                                    AKRON MUNICIPAL COURT
          VS.                                       217 S. HIGH ST.
US POSTAL SERVICE                                   AKRON, OH  44308

SMALL CLAIMS DIVISION
NOTICE AND SUMMONS IN ACTION FOR MONEY ONLY

TO THE FOLLOWING NAMED DEFENDANT(S):

                                                DATE: 2018/01/31
US POSTAL SERVICE                               CASE: 18CVI00923
475 LENFANT PLAZA SW
%S FOLSON
WASHINGTON          DC    202604541

TO DEFENDANT: US POSTAL SERVICE

You are hereby notified that HARRMAN, WILLIAM                    has made a claim and is requesting judgment against you as shown in the foregoing statement. The total amount is $3,213.60 comprised of a claim for $3,112.60 and court costs of $101.00. The court will hold a hearing on this claim on __MARCH__ 10, 2018, at __8:30 AM__, in the Akron Municipal Court, located in the Harold K Stubbs Justice Center, 217 South High Street, Akron, Ohio.
                    REPORT TO ROOM 715

SEE ATTACHED STATEMENT OF CLAIM HEREIN

If you do not appear at the time and place indicated above, judgment may be entered against you by default, and your earnings may be subjected to garnishment or your property may be attached to satisfy said judgment. If your defense is supported by witnesses, account books, receipts, records or other documents, you must produce them at the hearing. You may come with or without an attorney. Subpoenas for witnesses, if requested by a party, will be issued by the Clerk.

If you admit the claim but desire time to pay, you should make such a request at the hearing.

CLAIM MUST BE PAID BY CERTIFIED BANK CHECK OR MONEY ORDERS ONLY

Send this form along with checks payable to:
            JIM LARIA - CLERK
            217 S. High St. Room 837
            AKRON, OHIO  44308

ANY PERSON WHO FILES A COUNTERCLAIM OR CROSS-CLAIM SHALL FILE IT WITH THE SMALL CLAIMS DIVISION AND SERVE IT ON ALL OTHER PARTIES AT LEAST SEVEN DAYS PRIOR TO THE DATE OF THE TRIAL OF THE PLAINTIFF'S CLAIM IN THE ORIGINAL ACTION.

                            JIM LARIA
                            CLERK OF COURT



Search by Name | Search by Case Number | Search By Citation | Search by License or Plate
Schedule Search

Last: Hardman   First: William   - OR -  Business:
Division: Civil   [Search]

## Case 18-CV-00923 Detail

### Header Information

**Case#**  18-CV-00923  
**Action Code**  I  
**Date Filed**  01/31/2018  
**Status**  OPEN  

**Filing Amount**  $3,112.60  
**Assigned Judge**

### Civil Info

**Principals**

Plaintiff: HARDMAN WILLIAM vs Defendant: US POSTAL SERVICE

**All Parties**

**Plaintiffs**

**Represented By**

HARDMAN WILLIAM  
2218 LAKE RD  
AKRON, OH 44312

**Defendants**

**Represented By**

US POSTAL SERVICE  
475 LENFANT PLAZA SW  
WASHINGTON, DC 202604541

**Events (3)**

| Event | Date | Time | Party | Judge | Entry Date | Continued |
|---|---|---|---|---|---|---|
| SMALL CLAIM FILED/SUMMONS ISS (602) | 01/31/2018 | 11:25 AM | - | - | 01/31/2018 | - |
| HEARING (85) | 03/10/2018 | 08:30 AM | HARDMAN WILLIAM | CIVIL MAGISTRATE | 01/31/2018 | - |
| SUM RETD-CERT MAIL SERV (540) | 02/06/2018 | - | - | - | 02/13/2018 | - |

| Event | Date | Time | Party | Judge | Entry Date | Continued |
|---|---|---|---|---|---|---|
| | | | US POSTAL SERVICE | | | |

### Images (2)

| Date | Document Type | Pages | |
|---|---|---|---|
| 02/01/2018 | INITIAL FILING | 3 | Get Image |
| 02/13/2018 | SERVICE RETURN | 1 | Get Image |

### Accounts Receivable (6)

| A/R Code | For | Levied | Suspended | Paid | Balance |
|---|---|---|---|---|---|
| 122 | SPECIAL PROJECTS FUND | $45.00 | $0.00 | $45.00 | $0.00 |
| 124 | BANK AUTOMATION FEE | $2.00 | $0.00 | $2.00 | $0.00 |
| 201 | FILING FEES | $36.00 | $0.00 | $36.00 | $0.00 |
| 203 | STATE L.A. FEE | $11.00 | $0.00 | $11.00 | $0.00 |
| 376 | AMCIS-JUDGES | $3.00 | $0.00 | $3.00 | $0.00 |
| 377 | AMCIS-CLERK | $4.00 | $0.00 | $4.00 | $0.00 |
| | Totals: | $101.00 | $0.00 | $101.00 | $0.00 |

### Payments (1)

| Receipt | Date | Time | Check | Remitter/Payee | Amount |
|---|---|---|---|---|---|
| 2897216 | 01/31/2018 | 11:25 AM | 0 | HARDMAN | $101.00 |
| | | | | Totals: | $101.00 |