IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HARDMAN, | ) | CASE NO. 5:18-CV-00480-JRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | |
| U.S. POSTAL SERVICE, | ) | |
| | ) | <u>JOINT DISMISSAL ENTRY</u> |
| Defendant. | ) | |

Plaintiff William Hardman (hereinafter "Plaintiff Hardman") and Defendant United States Postal Service (hereinafter "Defendant USPS") hereby agree and stipulate that the present claims against Defendant USPS have been completely settled and should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff Hardman and Defendant USPS agree to bear their own costs.

Executed this  30  day of  May , 2018.

_____
William Hardman
2218 Lake Road
Akron, Ohio 44312
*Plaintiff, Pro-se*

_____
Marlon A. Primes #0043982
Assistant U.S. Attorney
United States Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3684
Facsimile: (216) 522-4982
marlon.primes@usdoj.gov
*Attorney for Defendant United States Postal Service*

IT IS SO ORDERED.

_____
U.S. District Court Judge John R. Adams